THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Capris Young,       
Appellant.
 
 
 

Appeal From Richland County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2003-UP-330
Submitted March 26, 2003  Filed May 
 15, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox; Legal Counsel Tommy Evans, 
 Jr.; Legal Counsel J. Benjamin Aplin, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Capris Young appeals from her guilty pleas to shoplifting 
 third offense and assault and battery of a high and aggravated nature.  Young 
 asserts the trial court erred in accepting her guilty pleas without making an 
 inquiry into whether Young understood that she had the right to confront her 
 accusers or that she could not be compelled to testify against herself.  Young 
 also asserts the trial court abused its discretion in revoking her suspended 
 sentence.  Young filed a separate pro se brief, arguing the pleas were 
 entered into unknowingly, unintelligently, and involuntarily because she was 
 not aware of her rights and did not understand what she was getting into. After 
 consideration of appellant's pro se brief and review pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Youngs appeal and grant counsel's motion to be relieved.
 APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.